## (March 20, 1975)

■ JESPERSEN-KAY MODULAR CONSTRUCTION, LIMITED, et al., Appellants, v. NEW YORK STATE URBAN DEVELOPMENT CORPORATION et al., Defendants, NORMAN HOBERMAN et al., Respondents, and S. P. VASILE & SON, INC., Appellant.— Order, Supreme Court, New York County, entered on June 20, 1974, unanimously affirmed on the opinion of Baer, J. at Special Term, with one bill of $60 costs and disbursements to respondents. No opinion. Concur — Kupferman, J. P., Murphy, Tilzer, Lane and Nunez, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALPHONSO BOWENS, Appellant.— Judgment of conviction, Supreme Court, Bronx County, rendered May 10, 1974, unanimously modified, in the exercise of discretion and the interest of justice, from imprisonment for six months to time served, and otherwise affirmed. As the result of an unusual set of circumstances, defendant-appellant, awaiting sentence on this charge, served more than twice the period of this sentence awaiting trial on a charge of which he was acquitted. We commend the District Attorney for having interposed no opposition to this disposition. Concur — Stevens, J. P., Markewich, Kupferman, Lupiano and Capozzoli, JJ.

■ McCARTNEY MUSIC, INC., Respondent, v. MELODY LANE PUBLICATIONS, INC., et al., Appellants, et al., Defendant.— Order, Supreme Court, New York County, entered on September 13, 1974, unanimously affirmed. Respondent shall recover of appellants $60 costs and disbursements of this appeal. Inspection and discovery shall take place within 30 days after service upon defendants-appellants by respondent of a copy of the order entered herein, with notice of entry, the date, time and place to be agreed upon by the parties. Defendant-appellant Broadcast Music, Inc., is to appear for examination before trial within 10 days after completion of said discovery, at a time and place to be agreed upon by the parties. No opinion. Concur — Stevens, J. P., Markewich, Kupferman, Lupiano and Capozzoli, JJ.